# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RAYMOND BLOW,<br><br>          Plaintiff,<br><br>     v.<br><br>DENNIS RAYMOND SMITH, et al.,<br><br>          Defendants. | CASE NO. 1:07-cv-01684-AWI-GSA PC<br><br>ORDER DENYING MOTION TO SET ASIDE DISMISSAL ORDER<br><br>(Doc. 16)<br><br>ORDER DIRECTING CLERK OF THE COURT TO ENTER JUDGMENT |

Plaintiff Jimmy Raymond Blow ("Plaintiff") is a federal prisoner who was proceeding pro se and in forma pauperis in this civil rights action. This case was dismissed, with prejudice, on May 27, 2008, for failure to state a claim upon which relief may be granted. On September 3, 2008, Plaintiff filed what the Court construes to be a motion seeking to set aside the dismissal order and file an amended complaint. Fed. R. Civ. P. 60(b)(6).

Plaintiff failed to file an objection to the Magistrate Judge's recommendation that this action be dismissed for failure to state a claim, and Plaintiff has offered no explanation for his failure to do so. Further, Plaintiff's motion is devoid of any grounds that would justify setting aside the order and allowing him to amend. Harvest v. Castro, 531 F.3d 737, 749 (9th Cir. 2008) (Rule 60(b)(6) intended to prevent manifest injustice where there exist extraordinary circumstances). Plaintiff has not met his burden as the party moving for relief, and his motion must be denied.

///
///
///

1  Accordingly, Plaintiff's motion to set aside the dismissal order is HEREBY DENIED, and
2 in as much as the Clerk of the Court did not enter judgment in this action on May 27, 2008, the Clerk
3 is HEREBY DIRECTED to do so at this time.

IT IS SO ORDERED.

**Dated:    September 12, 2008**             /s/ **Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE