# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RAYMOND BLOW, | CASE NO. 1:07-cv-01684-AWI-GSA PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 19) |
| DENNIS RAYMOND SMITH, et al., | |
| Defendants. | |

On March 9, 2009, Jimmy Raymond Blow, who was proceeding pro se and in forma pauperis in this civil action, filed an unsigned motion.[1] All motions must bear the signature of the filer, and the motion is HEREBY ORDERED STRICKEN for lack of signature. Fed. R. Civ. P. 11(a); Local Rule 7-131.

IT IS SO ORDERED.

Dated:   **March 11, 2009**              /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This action was dismissed on May 27, 2008.

1